```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Policarpio Feliz-Suero

    v.                                              Case No. 1:23-cv-00073-PB

FCI Berlin, Warden

## ORDER

No objection having been filed, I herewith approve the Endorsed Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated May 8, 2023, and deny the motion for summary judgment (Doc. No. 6) as moot and dismiss this case as moot. The clerk of court shall enter judgment and close the case. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

                                                                         /s/ Paul J. Barbadoro
                                                                         Paul J. Barbadoro
                                                                         United States District Judge

Date: May 26, 2023

cc: Policarpio Feliz-Suero, pro se
    Counsel of Record